Same case below, 151 Wash. App. 1051.

**No. 09-11131. Ernest Anthony Jolly, Petitioner v. United States.**

562 U.S. 863, 131 S. Ct. 145, 178 L. Ed. 2d 87, 2010 U.S. LEXIS 6306.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 368 Fed. Appx. 17.

**No. 09-11132. Dale G. Lucas, Jr., Petitioner v. United States.**

562 U.S. 863, 131 S. Ct. 145, 178 L. Ed. 2d 87, 2010 U.S. LEXIS 6203.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 362 Fed. Appx. 570.

**No. 09-11133. Jeffrey Thomas Kittka, Petitioner v. Michigan.**

562 U.S. 863, 131 S. Ct. 145, 178 L. Ed. 2d 87, 2010 U.S. LEXIS 6352.

October 4, 2010. Petition for writ of certiorari to the Circuit Court of Michigan, Oakland County, denied.

**No. 09-11134. Jerred Mondee Jarmon, Petitioner v. United States.**

562 U.S. 863, 131 S. Ct. 145, 178 L. Ed. 2d 87, 2010 U.S. LEXIS 5868.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 596 F.3d 228.

**No. 09-11135. LaQuane A. Keith, Petitioner v. California.**

562 U.S. 863, 131 S. Ct. 146, 178 L. Ed. 2d 87, 2010 U.S. LEXIS 6583.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-11136. Stephen M. Kessler, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.**

562 U.S. 863, 131 S. Ct. 389, 178 L. Ed. 2d 87, 2010 U.S. LEXIS 6738.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11137. William C. McKinnedy, III, Petitioner v. South Carolina.**

562 U.S. 863, 131 S. Ct. 146, 178 L. Ed. 2d 87, 2010 U.S. LEXIS 6767,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.